**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:    FFRT Development, LP                Bank:         Combined

Bankruptcy Number:      09-14386, et al        Account Number:    Combined

Date of Confirmation:     07/06/10          Account Type:      Checking/Savings

Reporting Period (month/year):   Oct-Dec 2010

|  |  |
|---|---|
| Beginning Cash Balance: | $  68,635,859.00 |

All receipts received by the debtor:

|  |  |
|---|---|
| Cash Sales [1]: | $  18,757,533.00 |
| Collection of Accounts Receivable: | $ |
| Proceeds from Litigation (settlement or otherwise): | $ |
| Sale of Debtor's Assets: | $ |
| Capital Infusion pursuant to the Plan: | $ |
| Total of cash received: | $  18,757,533.00 |

Total of cash available:          $  87,393,392.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

|  |  |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $  9,044,392.00 |
| All other disbursements made in the ordinary Course [1]: | $  18,750,765.00 |
| Total Disbursements | $  27,795,157.00 |

Ending Cash Balance         $  59,598,235.00

[1] Amounts include gross offsetting receipts and disbursements from FF Properties electronic transfer account of approximately $10.4m.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____1/31/11_____
Date

_____
Andrew Hinkelman
**Liquidating Trustee**
**FFR Trust**

Summary of Disbursements by Filling Entity

| Company Name | Case Number | Disbursements 10/01/10 - 12/31/10 | |
|---|---|---|---|
| FFR Trust | na | 7,839,736.00 | |
| FFR Trust (Residential) | na | 5,097,079.25 | |
| FFR Trust (FF Properties) | na | 10,776,032.56 | |
| FF Development Inc | 09-14385 | 445.05 | |
| FF Properties, Inc | 09-14381 | 170.00 | |
| Fairview Homes, Inc | 09-14388 | 650.00 | |
| Fairfield Residential LLC | 09-14378 | - | * |
| FF Development LP | 09-14386 | 3,602,709.17 | * |
| FF Properties LP | 09-14382 | - | * |
| Fairview Residential LLC | 09-14379 | 2,100.00 | |
| Fairview Residential LP | 09-14384 | - | |
| Fairview Residential CA LP | 09-14390 | - | |
| Fairview Residential WA LLC | 09-14391 | 30,386.20 | |
| FF Realty LLC | 09-14392 | 2,310.00 | |
| FF Investments LLC | 09-14383 | 221,907.62 | |
| Fairview Investments LLC | 09-14387 | - | |
| Fairfield Financial A LLC | 09-14389 | 178,303.22 | * |
| Fairfield Affordable Housing LLC | 09-14380 | 43,328.67 | * |
| | | 27,795,157.74 | |

*Note: These balances exclude Intercompany transfers of $12.0MM*

| Company Name | Case Number | Disbursements | |
|---|---|---|---|
| Fairfield Residential LLC | 09-14378 | 3,078,906.34 | |
| FF Development LP | 09-14386 | 2,000,000.00 | |
| FF Properties LP | 09-14382 | 3,952,584.66 | |
| Fairview Residential LLC | 09-14379 | - | |
| FF Investments LLC | 09-14383 | - | |
| Fairfield Financial A LLC | 09-14389 | 1,000,000.00 | |
| Fairfield Affordable Housing LLC | 09-14380 | 2,000,000.00 | |
| | | 12,031,491.00 | |