IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FFRT Development L.P., et al.,[1] | Case No. 09-14386 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 26, 2011 AT 9:45 A.M. (ET)**

**[THIS HEARING IS CANCELLED WITH PERMISSION FROM THE COURT]**

CONTINUED MATTERS

1.  The Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 835; filed 6/14/10]

    Related Documents:

    A.  Notice of Filing of Amended Exhibit D (Assumed Contracts Schedule) to Plan Supplement [Docket No. 875; filed 6/30/10]

    B.  Notice of Filing of Amended Exhibit H (Newco Contracts Schedule) to Plan Supplement [Docket No. 876; filed 6/30/10]

    C.  Order Confirming the Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 897; entered 7/6/10]

    Objection/Response Deadline: June 30, 2010 at 4:00 p.m. (ET)

    Objections/Responses Received:

    A.  Renewed Limited Objection of Ista North America, Inc. to Proposed Assumption of Executory Contracts [Docket No. 890; filed 7/2/10]

    Status: The Court has confirmed the Plan and all objections except for Item A were resolved or overruled in connection thereto. The parties have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET) solely

---

[1] The Debtors are the following 11 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): FFRT Development L.P., a Delaware limited partnership (2310), FFRT Homes, Inc., a Delaware corporation (9930), FFRT Residential II LLC, a Delaware limited liability company (5416), FFRT Realty LLC, a Delaware limited liability company (5941), FFRT Financial LLC, a Delaware limited liability company (7014), FFRT Investments LLC, a Delaware limited liability company (7066), FFRT Investments II LLC, a Delaware limited liability company (9605), FFRT Affordable LLC, a Delaware limited liability company (7111), FFRT Development, Inc., a Delaware corporation (2308), FF Properties, Inc., a Delaware corporation (5354), and FFRT Residential WA LLC, a Delaware limited liability company (9703).

with respect to item A as it relates to the cure amount.

2. Application for Payment of Administrative Expenses filed by Fire & Life Safety America, Inc. [Docket No. 1074; filed 8/31/10]

   Related Documents: None to date.

   Objection/Response Deadline: September 14, 2010 at 4:00 p.m. (ET); Extended to November 9, 2011 for the FFR Trust

   Objections/Responses Received: None to date.

   Status: The parties have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET).

3. Request of Geary, Porter & Donovan, P.C. for Payment of Administrative Expenses [Docket No. 1086; filed 8/31/10]

   Related Documents: None to date.

   Objection/Response Deadline: September 14, 2010 at 4:00 p.m. (ET); Extended to November 9, 2011 for the FFR Trust

   Objections/Responses Received: None to date.

   Status: The parties have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET).

4. Motion of Ista North America, Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 1090; filed 8/31/10]

   Related Documents: None to date.

   Objection/Response Deadline: September 14, 2010 at 4:00 p.m. (ET); Extended to November 9, 2011 for the FFR Trust

   Objections/Responses Received: None to date.

   Status: The parties have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET).

5. First Omnibus Objection to Claims (Non-Substantive) filed by the FFR Trust [Docket No. 1154, filed 10/18/10]

   Related Documents:

   A. Notice of Partial Withdrawal of First Omnibus Objection to Claims (Non-Substantive) [Docket No. 1170, filed 11/2/10]

{799.003-W0017241.}

    B.    Notice of Submission of Copies of Proofs of Claim Regarding First Omnibus Objection to Claims (Non-Substantive) [No Supporting Documents] [Docket No. 1171, filed 11/3/10]

    C.    Order Granting First Omnibus Objection to Claims (Non-Substantive) [Docket No. 1190, entered 11/17/10]

    D.    Supplemental Order Granting First Omnibus Objection to Claims (Non-Substantive) [Docket No. 41, entered 1/12/11]

    E.    Supplemental Order Granting First and Third Omnibus Objections to Claims (Non-Substantive) [Docket No. 122, entered 6/14/11]

Objection/Response Deadline: November 5, 2010; Extended to November 9, 2011 for BVT and related entities

Objections/Responses Received:

    A.    Informal Response from BVT and related entities

Status: The parties have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET) solely with respect to Item A above. An order has been entered with respect to all other claimants.

6.    Second Omnibus Objection to Claims (Substantive – Tax Claims) [Docket No. 1166, filed 10/29/10]

Related Documents:

    A.    Notice of Submission of Copies of Proofs of Claim Regarding Second Omnibus Objection to Claims (Substantive – Tax Claims) [Docket No. 1205, filed 12/1/10]

    B.    Notice of Partial Withdrawal of Second Omnibus Objection to Claims (Substantive – Tax Claims) [Docket No. 1215, filed 12/8/10]

    C.    Order Granting Second Omnibus Objection to Claims (Substantive-Tax Claims) [Docket Nos. 1238; 10, entered 12/15/10]

    D.    Withdrawal of Claim filed by Los Angeles County Treasurer and Tax Collector [Docket No. 204, filed8/26/11]

Objection/Response Deadline: December 8, 2010 at 4:00 p.m. (ET)

Objections/Responses Received:

    A.    Response by the State of Ohio, Department of Taxation to Second Omnibus Objection to Claims (Substantive – Tax Claims) [Docket No. 1180, filed 11/12/10]

B.  Response by the Tennessee Department of Revenue to the FFR Trust's Second Omnibus Objection to Claims [Docket No. 1221, filed 12/8/10]

Status: The parties have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET) solely with respect to Items A and B above. An order has been entered with respect to all other claimants.

7.  Third Omnibus Objection to Claims (Non-Substantive) [Docket No. 1186, filed 11/15/10]

    Related Documents:

    A.  Notice of Submission of Copies of Proofs of Claim Regarding Third Omnibus Objection to Claims (Non-Substantive) [No Supporting Documents] [Docket No. 1206, filed 12/1/10]

    B.  Notice of Partial Withdrawal of Third Omnibus Objection to Claims (Non-Substantive) [Docket No. 1216, filed 12/8/10]

    C.  Order Granting Third Omnibus Objection to Claims (Non-Substantive) [Docket Nos. 1239; 11, entered 12/15/10]

    D.  Supplemental Order Granting First and Third Omnibus Objections to Claims (Non-Substantive) [Docket No. 122, entered 6/14/11]

    E.  Notice of Withdrawal of Proof of Claim No. 1654 filed by Sunbelt Asphalt Surfaces, Inc. [Docket No. 218, filed 9/22/11]

    Objection/Response Deadline:  December 8, 2010 at 4:00 p.m. (ET); Extended to October 19, 2011 for BVT and related entities, and ING Clarion

    Objections/Responses Received:

    A.  Informal Response from BVT and related entities

    B.  Dell Marketing, L.P.'s Response to Debtors' Third Omnibus Objection to Claims (Non-Substantive) [Docket No. 1223, filed 12/8/10]

    C.  Late Informal Response from ING Clarion

    Status: The parties have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET) with respect to Items A and B above. The FFR Trust requests to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET) with respect to Item C above. An order has been entered with respect to all other claimants.

4

8. Fifth Omnibus Objection to Claims (Substantive – REIT Claims) [Docket No. 1195, filed 11/19/10]

   Related Documents:

   A. Notice of Submission of Copies of Proofs of Claim Regarding Fifth Omnibus Objection to Claims (Substantive – REIT Claims) [Docket No. 1211, filed 12/7/10]

   B. Order Granting in Part Fifth Omnibus Objection to Claims (Substantive – REIT Claims) [Docket No. 113, entered 6/6/11]

   C. Order Regarding the Stipulation Between the FFR Trust and REIT Administration, LLC [Docket No. 151, entered 7/12/11]

   Objection/Response Deadline: December 14, 2010 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A. Informal Response from REIT Administration LLC

   Status: The parties have reached an agreement resolving the Objection in part as reflected in the Stipulation as approved by the Court. The parties have agreed to continue this matter to a date to be determined with respect to the Waterview Claim.

9. Sixth Omnibus Objection to Claims (Substantive – Books and Records) [Docket No. 1196, filed 11/19/10]

   Related Documents:

   A. Notice of Submission of Copies of Proofs of Claim Regarding Sixth Omnibus Objection to Claims (Substantive – Books and Records) [Docket No. 1212, filed 12/7/10]

   B. Notice of Partial Withdrawal of Sixth Omnibus Objection to Claims (Substantive – Books and Records) [Docket No. 1218, filed 12/8/10]

   C. Order Granting Sixth Omnibus Objection to Claims (Substantive-Books and Records) [Docket Nos. 1243; 22, entered 12/17/10]

   Objection/Response Deadline: December 14, 2010 at 4:00 p.m. (ET); Extended to November 9, 2011 for American Construction Hoist, Inc.

   Objections/Responses Received:

   A. Informal Response from American Construction Hoist, Inc.

   Status: The FFR Trust requests to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET) solely with respect to Item A above. An order

5
{799.003-W0017241.}

has been entered with respect to all other claimants.

10. Motion of the FFR Trust for an Order Deeming Certain Claims Satisfied and Approval of Related Procedures [Docket No. 1201, filed 11/24/10]

   Related Documents:

   A. Order Granting the Motion of the FFR Trust for an Order Deeming Certain Claims Satisfied and Approval of Related Procedures [Docket Nos. 1241; 13, entered 12/15/10]

   Objection/Response Deadline: December 8, 2010 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A. Creditor Fort Myer Construction Corporation's Objection to Motion of the FFR Trust for an Order Deeming Certain Claims Satisfied and Approval of Related Procedures [Docket No. 1224, filed 12/8/10]

   Status: The parties have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET) solely with respect to Item A above. An order has been entered with respect to all other claimants.

11. Eighth Omnibus Objection to Claims (Substantive) [Docket No. 68, filed 4/1/11]

   Related Documents:

   A. Notice of Submission of Copies of Proofs of Claim Regarding Eighth Omnibus Objection to Claims (Substantive) [Docket No. 79, filed 4/19/11]

   B. Order Regarding the Stipulation Between the FFR Trust and Foley & Lardner LLP Regarding the Claims of Foley & Lardner LLP [Docket No. 90, entered 5/3/11]

   C. Order Granting Eighth Omnibus Objection to Claims (Substantive) [Docket No. 91, entered 5/3/11]

   Objection/Response Deadline: April 26, 2011 at 4:00 p.m. (ET); Extended to November 4, 2011 for Fannie Mae

   Objections/Responses Received:

   A. Informal Response of Federal National Mortgage Association (a/k/a Fannie Mae)

   Status: The parties are currently negotiating a settlement. The parties have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET) solely with respect to Item A above. An order has been entered with respect to all other claimants.

6

12. Ninth Omnibus Objection to Claims (Non-Substantive) [Docket No. 69, filed 4/1/11]

    Related Documents:

    A. Order Granting the Ninth Omnibus Objection to Claims (Non-Substantive) [Docket No. 89, entered 5/3/11]

    Objection/Response Deadline: April 26, 2011 at 4:00 p.m. (ET); Extended to November 4, 2011 for Fannie Mae

    Objections/Responses Received:

    A. Informal Response of Federal National Mortgage Association (a/k/a Fannie Mae)

    Status: The parties are currently negotiating a settlement. The parties have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET) solely with respect to Item A above. An order has been entered with respect to all other claimants.

13. Sixteenth Omnibus Objection to Claims (Substantive) [Docket No. 174, filed 8/1/11]

    Related Documents:

    A. Notice of Submission of Copies of Proofs of Claim Regarding Sixteenth Omnibus Objection to Claims (Substantive) [Docket No. 198, filed 8/17/11]

    B. Order Granting in Part Sixteenth Omnibus Objection to Claims (Substantive) [Docket No. 208, filed 8/30/11]

    Objection/Response Deadline: August 19, 2011 at 4:00 p.m. (ET); Extended to November 9, 2011 for U.S. Bank, and Wells Fargo/Wachovia

    Objections/Responses Received:

    A. Informal Response from U.S. Bank National Association

    B. Informal Response from Wells Fargo/Wachovia Bank National Association

    C. Response of Riva (Broome) Inc. for Itself and on Behalf of Fairfield Norwalk Limited Partnership to FFR Trust's Sixteenth Omnibus Objection to Claims (Substantive) [Docket No. 202, filed 8/19/11]

7

{799.003-W0017241.}

Status: The parties are working towards a resolution and have agreed to continue this matter to the omnibus hearing scheduled for November 16, 2011 at 9:45 a.m. (ET) with respect to Items A through C above and Bank of America. An order has been entered with respect to all other claimants.

Dated: October 24, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
Kerri K. Mumford (No. 4186)
Mark D. Olivere (No. 4291)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: chipman@lrclaw.com
mumford@lrclaw.com
brown@lrclaw.com

- and -

Brett H. Miller, Esquire
Melissa A. Hager, Esquire
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, NY 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: bmiller@mofo.com
mhager@mofo.com

*Counsel for FFR Trust*