OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: __FFRT Development, LP__   Bank: __Combined__

Bankruptcy Number: __09-14386, et al__   Account Number: __Combined__

Date of Confirmation: __07/06/10__   Account Type: __Checking/Savings__

Reporting Period (month/year): __July – September 2011__

    Beginning Cash Balance:   $__51,989,508.00__

All receipts received by the debtor:

    Cash Sales [1]:   $__3,079,208.00__

    Collection of Accounts Receivable:   $_____

    Proceeds from Litigation (settlement or otherwise):   $_____

    Sale of Debtor's Assets:   $_____

    Capital Infusion pursuant to the Plan:   $_____

    Total of cash received:   $__3,079,208.00__

Total of cash available:   $__55,068,716.00__

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:   $_____

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:   $__2,095,460.00__

    All other disbursements made in the ordinary Course [1]:   $__4,810,511.00__

    Total Disbursements   $__6,905,971.00__

Ending Cash Balance   $__48,162,745.00__

[1] Amounts include gross offsetting receipts and disbursements from FF Development LP of approximately $0.6 million related to the funding and subsequent reimbursement of construction expenses.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

__11/1/11__
Date

__[signature]__
Andrew Hinkelman
Liquidating Trustee
FFR Trust

In re: FFRT Development LP  United States Bankruptcy Court  Case No: 09-14386
 District of Delaware  Reporting Period: 7/1/11 to 09/30/11

## Summary of Disbursements by Filling Entity

| Company Name | Disbursements 07/01/11 -09/30/2011 |
|---|---:|
| FFR Trust | 5,122,608.80 |
| FFRT Development Inc | 325.00 |
| FF Properties, Inc | - |
| FFRT Homes, Inc | 619.00 |
| FFRT Residential LLC | - |
| FFR Trust - Residential | - |
| FFRT Development LP | 876,842.26 |
| FF Properties LP | - |
| FFR Trust - FF Properties | - |
| FFRT Residential II LLC | 325.00 |
| FFRT WA Residential LLC | 325.00 |
| FFRT Realty LLC | 1,925.00 |
| FFRT Investments LLC | 162,260.14 |
| FFRT Investments II LLC | 32.89 |
| FFRT Financial A LLC | 3,553.41 |
| FFRT Affordable LLC | 737,155.00 |
| | 6,905,971.50 |